Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE NEIL JONES FOOD COMPANY, a Washington Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FACTORY TECHNOLOGIES, INC., a California corporation; CENTRAL VALLEY ELECTRIC, INC., a California corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 3:21-cv-05073-MJP<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANT CENTRAL VALLEY ELECTRIC, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE MOTION TO TRANSFER VENUE, AND REQUEST FOR ATTORNEY FEES UNDER RCW 4.28.185(5) |

THIS MATTER having come on regularly before the undersigned Judge of the above entitled Court based on Defendant Central Valley Electric, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative Motion to Transfer Venue, and Request for Attorney Fees, and the Court having reviewed the records and files herein, including:

1. Defendant Central Valley Electric, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative Motion to Transfer Venue, and Request for Attorney Fees;

[PROPOSED] ORDER GRANTING DEFENDANT CENTRAL VALLEY ELECTRIC, INC.'S MOTION TO DISMISS - PAGE 1
CAUSE NO.: 3:21-cv-05073-MJP

2868057 / 500.0111

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

2.    Declaration of Troy Wells in Support of Defendant Central Valley Electric, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction;

3.    _____;

4.    _____; and

5.    _____.

ORDERED, ADJUDGED AND DECREED that Defendant Central Valley Electric, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative Motion to Transfer Venue, and Request for Attorney Fees is hereby GRANTED.

DONE this _____ day of March, 2021.

                                                                  Honorable Marsha J. Pechman

*Presented by:*

FORSBERG & UMLAUF, P.S.

Martin J. Pujolar, WSBA #36049
Mark Dean, WSBA #12897
Attorneys for Defendant Central Valley Electric, Inc.

[PROPOSED] ORDER GRANTING DEFENDANT CENTRAL VALLEY ELECTRIC, INC.'S MOTION TO DISMISS - PAGE 2
CAUSE NO.: 3:21-cv-05073-MJP

2868057 / 500.0111

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX