UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE NEIL JONES FOOD COMPANY,  Plaintiff,  v.  FACTORY TECHNOLOGIES, INC. et al.,  Defendants. | CASE NO. C21-5073 MJP  MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Having received Defendants' motions to dismiss (Dkt. Nos. 5, 8) and Plaintiff's Motion to Remand (Dkt. No. 12) and finding that the Court cannot consider Defendants' motions until the issue of the Court's jurisdiction is resolved, the Court hereby re-notes Defendants' motions to dismiss for **March 26, 2021**, to be considered after the briefing on the Motion to Remand is complete.

1
2    The clerk is ordered to provide copies of this order to all counsel and to change the noting
3    dates for Defendants motions (Dkt. Nos. 5, 8) to **March 26, 2021**.
4
5    Filed March 12, 2021.
6
                                          William M. McCool
7                                         Clerk of Court

8                                         s/Grant Cogswell
                                          Deputy Clerk
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

MINUTE ORDER - 2