# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE NEIL JONES FOOD CO., | CASE NO. C21-5073 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| FACTORY TECHNOLOGIES, INC; CENTRAL VALLEY ELECTRIC, INC,; DOES 1 THROUGH 20, | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has received Defendant Central Valley Electric, Inc.'s motion for reconsideration, (Dkt. No. 34), joined by Defendant Factory Technologies, Inc., (Dkt. No. 35), regarding the Court's order granting Plaintiff's motion to remand, (Dkt. No. 31). The Court orders any response by Plaintiff to be filed within seven days of the date of this order. The response is limited to six pages. The motion for reconsideration is re-noted to June 15, 2021.

The clerk is ordered to provide copies of this order to all counsel.

Filed June 8, 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER - 2